IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No.    11-cr-00067-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB SHAFER,

    Defendant.

___

ORDER EXONERATING BOND

___

This court has granted a government motion to voluntarily dismiss the charges against the defendant.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this   28th   day of March 2011.

BY THE COURT:


By:  s/Lewis T. Babcock
    UNITED STATES DISTRICT JUDGE
    DISTRICT OF COLORADO